FIRST DEPARTMENT, JANUARY, 1942.

(January 13, 1942.)

ESTHER HELLER and Others and MINNIE MANDELKER v. RICHARD J. BOYLAN and Others, Impleaded, etc., and JOHN W. GIESECKE and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied. Present — O'Malley, Townley, Glennon, Cohn and Callahan, JJ.

(January 16, 1942.)

In the Matter of the Special Proceeding to Punish ROSE SAPHIRE as and for a Contempt of Court Arising Out of: In the Matter of Supplementary Proceedings: HARRY WHITE, Judgment Creditor, Appellant, v. ROSE SAPHIRE, Judgment Debtor, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOSEPH I. GARFUNKEL, Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act, against GRACE A. REAVY, and Others, as Commissioners, Comprising the State Civil Service Commission, and PAUL J. KERN and Others, as Commissioners Comprising the Municipal Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent Municipal Civil Service Commission of the City of New York. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GERTRUDE VANDERBILT, Respondent, v. NAT FERBER and DIAL PRESS, INCORPORATED, Appellants.— Order modified by allowing item 16 of defendants' notice of examination before trial, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., dissents and votes to affirm. The date for the examination to proceed to be fixed in the order. Settle order on notice.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of IDA FRIEDMAN, as an Alleged Incompetent. LYDIA F. BERMAN, as Committee of the Property of IDA FRIEDMAN, Incompetent, Appellant; PHILIP C. SAMUELS, Special Guardian, and THOMAS S. CUSACK, Respondents.— Order, so far as appealed from, unanimously reversed, without costs, and the motion for a direction that certain payments be made denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ELECTROL AIRCRAFT CORPORATION, Respondent, v. JOHN K. LENCKE, Appellant, Impleaded with Another, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ELECTROL AIRCRAFT CORPORATION, Appellant, v. JOHN K. LENCKE, Respondent, Impleaded with Another, Defendant.— Appeal unanimously dismissed, without costs, on the ground that the disposition in the case of *Electrol Aircraft Corporation* v. *Lencke*, decided herewith (*ante*, p. 852), has rendered the question presented here academic. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.